## Commonwealth *v.* Ismael, Appellant.

Submitted December 7, 1970. *David Zwanetz,* for appellant; *David Richman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.